Harry Geiss and Another, Respondents, v. Peter Drossos, Appellant.— Motion to dismiss appeal granted, by default, with ten dollars costs.

In the Matter of the Application of Dr. Benjamin Block, Petitioner, for a Certiorari Order against Chester S. Lord and Others, Constituting the Board of Regents of the University of the State of New York.— Application for certiorari order granted.

George Alter, Respondent, v. Copake Camps Corporation, Appellant.— Motion to dismiss appeal denied, with ten dollars costs.

Isabella F. Ellis, Respondent, v. The L. B. Van Wagenen Company, Appellant.— Motion to dismiss appeal granted by default.

In the Matter of the Application of the Public Service Interstate Transportation Company, Inc., for a Certiorari Order against Public Service Commission and Tappan and Nyack Bus, Inc., Intervenor.— Motion to dismiss certiorari proceeding granted, with ten dollars costs, unless the petitioner files note of issue, and is ready to argue case at the general calendar term in May, and pays said costs, in which event the motion is denied.

Florence Warner, Appellant, v. Milton J. Warner, Respondent.— Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Judicial Settlement of the Accounts of William P. Hale, as Sole Surviving Executor, etc., of Justus Miller, Late of the City of Troy, N. Y., Deceased.— Motion of appellants Baucus and others for reargument denied, with ten dollars costs to Herbert D. Hamm, Esq., attorney for respondent, and ten dollars costs to Charles Grosberg, Esq., special guardian, payable out of the estate. Motion of said appellants for leave to appeal to the Court of Appeals denied. Motion of appellants Miller for reargument denied, with ten dollars costs to Herbert D. Hamm, Esq., attorney for respondent, and ten dollars costs to Charles Grosberg, Esq., special guardian, payable out of the estate. Motion of said appellants for leave to appeal to the Court of Appeals denied.

Owen McAvoy, Appellant, v. Dorothy A. Chesebro, Respondent. Mary A. McAvoy, Appellant, v. Dorothy A. Chesebro, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Application of George W. Adams and Others, Petitioners, for a Certiorari Order against Mark Graves and Others, Constituting the State Tax Commission, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

In the Matter of the Proceedings under the Grade Crossing Elimination Act to Eliminate the D. & H. Pony Farm Crossing and the D. & H. Crandall Crossing in the Towns of Oneonta and Otsego, Otsego County (Case 4753) and West Oneonta Road D. & H. Crossing in the Town of Oneonta (Case 4909).— Motion for leave to appeal to the Court of Appeals denied. A speedier determination can be obtained by making application for such leave to the Court of Appeals.